# PD-1103-15

RECEIVED IN
The Court of Appeals
Sixth District

AUG 1 7 2015

Texarkana, Texas
Debra Autrey, Clerk

NO._____

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Cler·

MARK ANTHONY YOUNG

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

From Appeal No. 06-14-00086-CR

Trial Cause No. 29,236

Hunt, County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Mark Anthony Young, Petitioner Pro se, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this Motion, appellant shows the Court the following:

Page 1

## .I.

The Petitioner was convicted in the 354th Judicial District Court of Hunt County, Texas of the offense of Aggravated Robbery with a Deadly Weapon in Cause No. 29,236, styled State of Texas vs. Mark Anthony Young. On the date of May 01, 2014 Jason Duff, Attorney at Law was appointed to perfect an appeal. On the date of January 12, 2015 Mr. Jason Duff notified the Petitioner that he had filed an Anders brief and a motion to withdraw, the CD containing the Reporter's Record and the Clerk's Record was sent to the Petitioner.

## II.

The Petitioner reviewed this evidence and filed his Response to the Anders brief making use of the law library resources/material that by design excluded him from the protection of the Texas Constitution (without the protection/benefits of the Texas Constitution the Petitioner finds it disheartening that he was not allowed any access whatsoever to the Texas Constitution to challenge a State conviction in the State of Texas, which detrimentally restricted his challenge to respond to the Anders brief). The Petitioner is requesting the appointment of counsel to file his Petition for Discretionary Review under an independent Motion.

## III.

Petitioner's request for an extension of time is based upon the following facts: Petitioner is indigent and is unable to purchase legal material crucial to perfecting his appeal brief, e.g. Texas Constitution, it is not on the shelves of the law library, cannot be intra-loaned and is not on the law library's Holding's List at the Michael Unit, but is available on other Unit's within the TDCJ-CID. Petitioner has been trying to attain legal representation in this matter whereas, he has been unsuccessful.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 06-14-00086-CR, by sixty (60) days.

/s/ _Mark Anthony Young_
Mark Anthony Young, Appellant
1929961, Michael Unit
2664 F.M. 2054
Tennessee Colony, TX 75886
(903)-928-2311/FAX-928-2197

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for Respondent, **Steven Lilley**, Attorney for the State, at Bi-State Justice Bldg., 100 N. State Line Ave., No. 20, Texarkana, Texas 75501-5666, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the __9th__ day of August, 2015.

/s/ _Mark Anthony Young_
Petitioner, Pro se
Mark Anthony Young, Appellant
1929961, Michael Unit
2664 F.M. 2054
Tennessee Colony, TX 75886
(903)-928-2311/FAX-928-2197

CC: File
    Steven Lilley

Page 3-of-3

A. Young
61, Michael Unit
1 F. M. 2054
ssee Colony, Tx. 75886

W. A. YOUNG #?, MICHAEL UNIT
1841 FM 2054 TENN COLONY TX 75886

Debra K. Autry, Clerk
c/o Steven Lilley, Attorney
Court of Appeals 6th District
Bi-State Justice Building
100 N. State Line Ave., No. 20
Texarkana, Texas 75501-5666